# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SELECTIVE INSURANCE COMPANY OF AMERICA,**  *Plaintiff*  v.  **J. RECKNER ASSOCIATES, INC. d/b/a RECKNER HEALTHCARE,**  *Defendant* | Case No. 2:18-cv-04450-JDW |

## ORDER

**AND NOW**, this 30th day of March, 2020, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 39) and Defendant's Motion for Summary Judgment (ECF No. 45), and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** as follows:

1. Plaintiff's Motion for Summary Judgment (ECF No. 39) is **GRANTED**;

2. Defendant's Motion for Summary Judgment (ECF No. 45) is **DENIED**;

3. Summary judgment is **ENTERED** in favor of Selective Insurance Company of America and against J. Reckner Associates, Inc.; and

4. The Clerk of Court shall close this case for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.